UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A.NO.:

| | |
|---|---|
| CHERI GILLESPIE,<br>ADMINISTRATRIX OF THE<br>ESTATE OF KAREN SILEVICZ,<br>      Plaintiff<br><br>vs.<br><br>RICHARD L. PAULSON, M.D.<br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*05 11799 JLT*

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff in the above-captioned matter hereby dismisses Richard L. Paulson, M.D. pursuant to **Fed. R. Civ. P. 41 (a)(1) (I)**, and states that this case has been filed in Norfolk Superior Court.

THE PLAINTIFF,
CHERI GILLESPIE

BY: _____
Thomas A. Kenefick, III
BBO# 267620
73 Chestnut Street
Springfield, MA 01103
(413) 734-7000